UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TARLA GARY,

        Plaintiff,

v.                                  Case No. 3:21-cv-110-MMH-JRK

GONZALEZ ESPINO,

        Defendant.
_____

## **ORDER**

Plaintiff's letter to the Court (Doc. 10) is **STRICKEN**. Plaintiff may not correspond with Judges of this Court in letter form. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

However, given the apparent confusion of Plaintiff, the Court will sua sponte extend the time Plaintiff has to perfect service on Defendant. By **October 1, 2021**, Plaintiff must serve the Defendant and provide the Court with certification of service and documents reflecting proper, completed service upon the Defendant.

The **Clerk** shall reissue the summons (Doc. 8) and provide it to Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of August, 2021.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

caw 8/12
c:
Tarla Gary, #G01635